# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1767
_____

Stephen Wayne Norwood

*Plaintiff - Appellant*

v.

John Fox, Interim Warden, FCI - Forrest City

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: December 23, 2015
Filed: January 7, 2016
[Unpublished]
_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Federal inmate Stephen Norwood appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition in which he sought prior-custody credit towards service of his federal sentence. Upon careful de novo review, see Abdullah v. Hedrick, 392 F.3d 957, 959 (8th Cir. 2004), we conclude that Norwood was not entitled to relief. It is undisputed that the entire time period at issue was credited against a state sentence that he was serving (notwithstanding his contention that the state lost "primary" custody over him at some point). Thus, the time was not eligible for credit against his federal sentence. See 18 U.S.C. § 3585(b); Elwell v. Fisher, 716 F.3d 477, 481 (8th Cir. 2013).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.